
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR -8 PM 1: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DINO JAY SCHWERTZ** | CIVIL ACTION |
| versus | NO. 09-7234 |
| **ANGOLA STATE PRISON, ET AL.** | SECTION: "D" (1) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Dino Jay Schwertz** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this _8_ day of _march_, 2010.

_____
UNITED STATES DISTRICT JUDGE